THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD E. WHITE, Appellant, v S.A. CONNELL, Respondent.

Submitted September 6, 2005; decided November 17, 2005

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it

(*see* CPLR 5602). Motion for poor person relief dismissed as academic.